UNITED STATES of America, Respondent, v.
Goido IGNAZIO, Appellant.

No. 484.

Circuit Court of Appeals, Second Circuit.
July 1, 1935.

Samuel S. Leibowitz, of New York City (Harry G. Anderson, of New York City, and Sol A. Klein, of Brooklyn, N. Y., of counsel), for appellant.

Leo J. Hickey, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith, Asst. U. S. Atty., of New York City, of counsel, for the United States.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

UNITED STATES of America v. William
Garfield JOHNSON.

No. 7998.

Circuit Court of Appeals, Ninth Circuit.
Oct. 14, 1935.

Carl C. Donaugh, U. S. Atty., and Edwin D. Hicks, Asst. U. S. Atty., both of Portland, Or.

Chas. W. Erskine, of Portland, Or., for appellee.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.
Upon stipulation of counsel for respective parties, ordered, appeal dismissed; mandate forthwith.

UNITED STATES of America, Appellant, v.
HEART OF AMERICA LUMBER CO.

No. 10393.

Circuit Court of Appeals, Eighth Circuit.
July 22, 1935.

M. M. Milligan, U. S. Atty., of Kansas City, Mo.

PER CURIAM.
Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee.

UNITED STATES of America, Appellant, v.
Kay KILES, Administrator, etc.

No. 10441.

Circuit Court of Appeals, Eighth Circuit.
Oct. 7, 1935.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo.

Goldman & Daley, of Kansas City, Mo., for appellees.

PER CURIAM.
Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.